Jose PePe Mitchell
FULL NAME

COMMITTED NAME (if different)

CMC P.O. BOX 8101
FULL ADDRESS INCLUDING NAME OF INSTITUTION

San Luis Obispo, Ca 93409

#BC7067
PRISON NUMBER (if applicable)

Received 01/16/24
(Date)
Scanned at CMC and E-mailed on 01/17/24 by SS
(Date)   (Initials)
Number of pages scanned: 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Jose PePe Mitchell

PLAINTIFF,

v.

J. Skeleton

DEFENDANT(S).

CASE NUMBER

FILED
CLERK, U.S. DISTRICT COURT
1/17/24
CENTRAL DISTRICT OF CALIFORNIA
BY: eee   DEPUTY

To be supplied by the Clerk

CIVIL RIGHTS COMPLAINT
PURSUANT TO (Check one)
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

5:24-CV-00104-MWF-KES

A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes   ☐ No

2. If your answer to "1." is yes, how many? 1

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

The Los Angeles Sheriff failed to adequately protect plaintiff during Covid-19 while under their custody.

a.  Parties to this previous lawsuit:
    Plaintiff __Los Angeles County Sheriff Department__

    Defendants _____

b.  Court __Central District of California__

c.  Docket or case number __2:21-CV-07789- MWF-KES__
d.  Name of judge to whom case was assigned __Karen E. Scott__
e.  Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) __Dismissed without prejudice.__
f.  Issues raised: __Protection of general welfare.__

g.  Approximate date of filing lawsuit: __9-10-21__
h.  Approximate date of disposition __12-17-21__

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1.  Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes  ☐ No

2.  Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes  ☐ No

    If your answer is no, explain why not _____

3.  Is the grievance procedure completed? ☒ Yes  ☐ No

    If your answer is no, explain why not _____

4.  Please attach copies of papers related to the grievance procedure. __See attached 1A.__

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff __Jose PePe Mitchell__
(print plaintiff's name)
who presently resides at __CMC- P.O.Box 8101 San Luis Obispo, Ca 93409__
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
__California Rehabilitation Center, Norco, CA.__
(institution/city where violation occurred)

on (date or dates) __1-16-2023__ , _____ , _____ .
                  (Claim I)              (Claim II)           (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __J. Skeleton__ resides or works at
   (full name of first defendant)

   __CRC P.O. BOX 3535 Norco, CA 92860__
   (full address of first defendant)

   __Correctional Officer__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __While working as a Correctional Officer, defendant confronted__
   __plaintiff using excessive force that resulted in injuries and harm.__

2. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

3. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

D. CLAIMS*

CLAIM I

The following civil right has been violated:

While acting under the color of law, defendant Skeleton had used excessive force against plaintiff, that caused him personal injuries, constituting Cruel and unusual punishment, in violation of his eighth amendment rights.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On 1-16-2023, while an inmate __ housed at CRC-Norco, in dormitory 208. As I sat upright on my assigned bunk, 10 lower, preparing for institutional count, with my sheet partially hanging (3:35 p.m.). I was watching my personal T.V. with my headphones on. I slightly heard a noise at which I lean forward to adjust the volume. Suddenly an unknown person bursted into my bunk area startling me. Moments later this unknown person was identified as defendant Skeleton. Without warning Skeleton yelled something I couldn't understand, and simultaneously grab me. My instinct thought defendant was an inmate attacking me. Defendant Skeleton had not identified his-self, and my view had been partially obstructed from a sheet. Without notice defendant Skeleton fell on top of me with his body weight. I lost my balance in the commotion as I attempted to hold-on to the side of the bunk with my hands up. Defendant (Continue at attached 1-B)

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

CONTINUES FROM SUPPORTING FACTS
1-B ATTACHED

Skeleton struck me at the right side of my temple with his fist closed.

As I stumbled to the floor between the bunks, I attempted to cover-up my face from the unknown punches as I was continued to be hit multiple times in my forehead and upper left jaw. I laid on the floor in covering my head in a defenseless position.

Skeleton continued to punch me until I was in a state of daze and confusion. I close my eye's and frantically yelled to clam-down. I heard defendant Skeleton say "stop moving then motherfucker." As he was speaking those words saliva came out his mouth onto my face and partially into my mouth. I turned over to my back-side as other officers arrived. I was handcuffed without resistance.

After being seen by medical staff, it was determined that I suffered injuries to my left-side jaw and forehead.

Since, I have been suffering pain that has progressed over months. I was inform I had loss nerves in my upper left jaw which required a tooth extraction as a result of this incident, and the acts of the defendant, in which I have suffered irreparable injures.

ATTACHED 1-B

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

Due to the permanent dental damage that was inflicted on my well-being. The financial burden of punitive damages for cost of implants, nominal damages of pain and suffering I've endure with limited pain medical offered to correct or make whole for my losses.

Compensatory damages for physical health, injuries along with future dental medical bills and traveling expenses to medical treatment in the amount of: 75,000.00 U.S. dollars;

35,000.00 - Compensatory damages
25,000.00 - punitive damages
1,000.00 - nominal damages
10,000.00 - future medical bills
4,000.00 - travelling expenses
Totalling $75,000.00 Seventy-five thousand U.S. dollars.

_____   _____
(Date)              (Signature of Plaintiff)