UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE PEPE MITCHELL,<br><br>  Plaintiff,<br><br>  v.<br><br>J. SKELTON,<br><br>  Defendant. | Case No. 5:24-cv-00104-MWF-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge (Dkt. 38). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered denying Plaintiff's motion (Dkt. 32) to reconsider the September 26, 2024 order dismissing the Complaint for failure to comply with the local rules (Dkt. 25) is DENIED. The

//

1 | Complaint remains dismissed without prejudice.  Plaintiff may refile his claims in
2 | a new lawsuit if or when they are no longer Heck-barred.

4 | DATED:  March 10, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge